People v Bruce (2023 NY Slip Op 06052)

People v Bruce

2023 NY Slip Op 06052

Decided on November 22, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
CHERYL E. CHAMBERS
DEBORAH A. DOWLING
LILLIAN WAN, JJ.

2018-10133
 (Ind. No. 878/16)

[*1]The People of the State of New York, respondent,
v
Floyd Bruce, appellant.

Gary E. Eisenberg, New City, NY, for appellant.
Miriam E. Rocah, District Attorney, White Plains, NY (Shea Scanlon Lomma and William C. Milaccio of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Barry E. Warhit, J.), rendered July 23, 2018, convicting him of attempted assault in the first degree, robbery in the first degree, and criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention relating to his waiver of inquiry pursuant to People v Outley (80 NY2d 702) is unpreserved for appellate review (see CPL 470.05[2]; People v Chambers, 158 AD3d 774, 774), and we decline to review it in the exercise of our interest of justice jurisdiction.
The defendant's purported waiver of his right to appeal is invalid (see People v Lopez, 6 NY3d 248, 256; People v Wiltshire, 199 AD3d 1025; People v Coverdale, 189 AD3d 1610). Nevertheless, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
BRATHWAITE NELSON, J.P., CHAMBERS, DOWLING and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court